UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Criminal No. 08-245 (PGS) |
| ANTHONY LADUCA and JOSE PEREZ, a/k/a "Kubie" | : | <u>SCHEDULING AND CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Lee D. Vartan, Assistant U.S. Attorney), and defendants Anthony LaDuca (by Guy Oksenhendler, Esq.) and Jose Perez (by Frank Arleo, Esq.), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that defendants shall file any motions no later than June 13, 2008;

IT IS FURTHER ORDERED that any reply to defendants' motions shall be filed no later than July 11, 2008;

IT IS FURTHER ORDERED that argument of any motions filed shall be July 31, 2008;

IT IS FURTHER ORDERED that the trial in this matter is set for August 11, 2008; and

IT IS FURTHER ORDERED that the period from April 23, 2008 through August 11, 2008 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) the parties are preparing to engage in preliminary discussions concerning entering into a plea

agreement, and the defendants desire additional time to review discovery, and both the United States and the defendants seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (2) the defendants have consented to the continuance; (3) the grant of a continuance will likely conserve judicial resources; and (4) pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

HON. PETER G. SHERIDAN
United States District Judge

Consented and Agreed to by:

Guy Oksenhendler, Esq.
Counsel for defendant LaDuca

Frank Arleo, Esq.
Counsel for defendant Perez

Lee D. Varten
Assistant U.S. Attorney