**Law Offices of**
**GUY OKSENHENDLER**
419 Park Avenue South
Second Floor
New York, New York 10016
(212) 213-4666
Fax: (212) 213-1462

June 13, 2008

**VIA FACSIMILE (973) 645-4549**

The Honorable Peter G. Sheridan
United States District Judge
Martin Luther King, Jr. Federal Building
50 Walnut Street
Newark, New Jersey 07102

    Re:   *United States v. Anthony LaDuca*
           <u>Criminal Docket No. 08-245 (PGS)</u>

Dear Judge Sherridan:

    Reference is made to the defendant's motions scheduled by Your Honor to be submitted by June 13, 2008 in the above-entitled case. Defendant's counsel has spoken with Assistant United States Attorney Lee Vartan regarding additional discovery materials; to wit: alleged recorded conversations of defendant Anthony DaLuca made during the investigation of this matter; which Mr. Vartan is making available to counsel. Accordingly it is respectfully requested that counsel has until Friday July 11, 2008 to file his pre-trial motions in the instant case.

    Counsel has spoken to Mr. Vartan regarding this request to which he consents.

SO ORDERED: *[signature] Peter Sheridan*
DATED: 6/16/08

If your Honor has any questions regarding this or any other matter do not hesitate to contact counsel immediately.

Very truly yours,

Guy Oksenhendler

cc: Lee Vartan, Esq.
Assistant United States Attorney
District of New Jersey
970 Broad Street, Suite 700
Newark, NJ 07102

Clerk of the Court
District of New Jersey
50 Walnut Street
Newark, New Jersey 07101

Frank Arleo, Esq.
Arleo & Donohue, LLC.
622 Eagle Rock Ave.
Penn Federal Building.
West Orange, NJ 07052