UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA  :  Hon. Freda L. Wolfson

v.  :  Criminal No. 08-245 (FLW)

ANTHONY LADUCA and JOSE
PEREZ, a/k/a "Kuhle"  :  SCHEDULING ORDER

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Lee D. Vartan, Assistant U.S. Attorney), and defendant Anthony LaDuca (by Guy Oksenhendler, Esq.), for an order granting the Government an extension of the time allotted to it to respond to defendant's pretrial motions:

IT IS ORDERED that any reply to defendant's motions shall be filed no later than September 22, 2008.

_____
HON. FREDA L. WOLFSON    8-13-08
United States District Judge

Consented and Agreed to by:

_____
Anthony LaDuca

_____
Guy Oksenhendler, Esq.
Counsel for defendant LaDuca

_____
Lee D. Vartan
Assistant U.S. Attorney