UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Freda L. Wolfson |
| v. | : | Criminal No. 08-245 (FLW) |
| ANTHONY LADUCA and JOSE PEREZ, a/k/a "Kubie" | : | <u>SCHEDULING AND CONTINUANCE ORDER</u> |

This matter having come before the Court on the joint application of Christopher J. Christie, United States Attorney for the District of New Jersey (by Lee D. Vartan, Assistant U.S. Attorney), and defendants Anthony LaDuca (by Guy Oksenhendler, Esq.) and Jose Perez (by Frank Arleo, Esq.), for an order setting the briefing and trial schedules in this matter and for an order granting a continuance of the proceedings in this matter:

IT IS ORDERED that defendants shall file any additional motions no later than November 7, 2008;

IT IS FURTHER ORDERED that any opposition to defendants' additional motions shall be filed no later than November 21, 2008;

IT IS FURTHER ORDERED that any reply to the Government's opposition shall be filed no later than December 5, 2008;

IT IS FURTHER ORDERED that argument of any motions filed shall be December 12, 2008;

IT IS FURTHER ORDERED that the trial in this matter is set for January 12, 2009; and

IT IS FURTHER ORDERED that the period from October 23, 2008 through

January 12, 2009 shall be excludable in computing time under the Speedy Trial Act of 1974 because: (1) pursuant to Title 18, United States Code, Section 3161(h)(1)(F), both defendants have filed certain pretrial motions that are currently pending before the Court and defendant Perez has specifically sought leave of the Court, which the Government does not oppose and the Court hereby grants, to file additional pretrial motions; (2) the parties are continuing to engage in discussions concerning entering into a plea agreement, and the defendants desire additional time to review discovery, and both the United States and the defendants seek additional time to pursue such discussions, which may render trial of this matter unnecessary; (3) the defendants have consented to the continuance; (4) the grant of a continuance will likely conserve judicial resources; and (5) pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

HON. FREDA L. WOLFSON
United States District Judge

Consented and Agreed to by:

Anthony LaDuca

Guy Oksenhendler, Esq.
Counsel for defendant LaDuca

_____
Jose Perez

_____
Frank Arleo, Esq.
Counsel for defendant Perez

_____
Lee D. Vartan
Assistant U.S. Attorney