UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY LADUCA and<br>JOSE PEREZ,<br><br>    Defendants. | Criminal No. 08-245(FLW)<br><br>**ORDER** |

**IT APPEARING** that the Court's previous Amended Order Setting Conditions of Release dated March 13, 2009, set forth defendants Anthony Laduca and Jose Perez's home confinement program as "Home incarceration"; it appearing that the Court stated on the record on March 13, 2009 that Defendants shall not be restricted to their residence for employment purposes with the approval of Pre-Trial Services; accordingly,

**IT IS** on this 16th day of March, 2009,

**ORDERED** that Defendants' status of their home confinement program shall be amended to "Home Detention."

                                                                      Freda L. Wolfson, U.S.D.J.