# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | Honorable Freda L. Wolfson, U.S.D.J. |
| vs. | Crim. No.: 08-245-01 and 02 (FLW) |
| ANTHONY LADUCA and JOSE PEREZ, a/k/a "Kubie" | **SCHEDULING ORDER** |
| Defendants | |

**THIS MATTER** having been opened to the Court on the joint application of the United States Attorney for the District of New Jersey (Lee D. Vartan, Assistant United States Attorney, appearing); Frank P. Arleo, Esq., counsel for defendant Jose Perez; and Guy Oksenhendler, counsel for defendant Anthony LaDuca, for a revised Scheduling Order;

IT IS, on this 23rd day of March, 2009;

**ORDERED** that the briefing schedule in this matter be and hereby is amended as follows:

1. Defendant Perez shall file his motion papers on or before April 7, 2009;

2. The United States shall file responding papers on or before April 21, 2009; and

3. Defendant Perez shall file his reply papers on or before April 28, 2009.

_____
Honorable Freda L. Wolfson, U.S.D.J.