PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. **Anthony LaDuca**                                   Docket No. 08-00245

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Michele Roman** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **Anthony LaDuca**, who was placed under pretrial release supervision by the **Honorable Mark Falk** sitting in the Court at Newark, on March 29, 2004, under the following conditions:

$100,000 Unsecured Appearance Bond co-signed by the defendant's mother: Donna LaDuca

1) Pretrial Services Supervision.
2) Surrender of all travel documents/Not to apply for any additional travel documents.
3) Travel restricted to New Jersey.

On March 13, 2009 the defendant was convicted after a jury trial and his conditions of bail were modified to include home incarceration with electronic monitoring.

Respectfully presenting petition for action of Court and for cause as follows:
Since his conviction, the defendant has advised Pretrial Services of a desire to participate in mental health treatment. Pretrial Services has spoken with defense counsel and the Assistant United States Attorney, both of whom noted no objections to the addition of this condition to the defendant's bail.

PRAYING THAT THE COURT WILL ORDER **mental health treatment as deemed necessary** added to the defendant's conditions of release.

ORDER OF COURT

Considered and ordered this _____ day of _____, 2009 and ordered filed and made a part of the records in the above case.

_____
Honorable Freda L. Wolfson
U.S. District Court Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   6/3/09

_____
Michele Roman
U.S. Pretrial Services Officer