UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>vs.<br><br>ANTHONY LADUCA, et al.<br><br>Defendants. | Criminal No.: 08-245 (FLW)<br><br>CONSENT ORDER MODIFYING BAIL CONDITIONS |

THIS MATTER, having been opened to the Court on the application of Guy Oksenhendler, Esq., counsel for defendant Anthony LaDuca, for an Order modifying the conditions of Mr. LaDuca's bail to eliminate electronic monitoring and home confinement; and the United States Attorney's Office for the District of New Jersey and the United States Pre-Trial Services Office for the District of New Jersey consenting to the foregoing application; and for good cause shown:

IT IS on this 17th day of August, 2009;

ORDERED that the bail conditions for defendant Anthony LaDuca be, and the same hereby are, modified so as to eliminate the condition of electronic monitoring and home confinement effective immediately.

_____
Honorable Freda L. Wolfson, U.S.D.J.

Consented as to form this 17th
Day of August, 2009

_____
A.U.S.A. Lee Vartan